# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2013

### NO. 03-13-00695-CV

**Texas Health and Human Services Commission and Kyle Janek, in his official capacity as the Executive Commissioner of Texas Health and Human Services Commission, Appellants**

**v.**

**Texas Children's Hospital, Appellee**

---

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PEMBERTON**

---

The appellants have filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.